PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT
## for
## Western District of Texas

### Report on Offender Under Supervision

Name of Offender: James Wesley Madrid         Case Number: A-16-CR-341(02)-LY

Name of Sentencing Judicial Officer: Honorable Lee Yeakel, U.S. District Judge

Date of Original Sentence: June 12, 2017

Original Offense: Distribution of Methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

Original Sentence: Seventy (70) months' imprisonment, followed by three (3) years of supervised release. Special conditions include: refrain from the use of alcohol or any other intoxicants, substance abuse treatment, search, no contact or association with the Aryan Brotherhood gang or any other gang, and $100 special assessment (paid).

Type of Supervision: Supervised Release       Date Supervision Commenced: December 7, 2021

Assistant U.S. Attorney: Mark H. Marshall      Defense Attorney: Michael Macmunn Burke (appointed)

---

### PREVIOUS COURT ACTION

On June 22, 2020, a motion for a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(1)(A) was denied by the Court.

### NONCOMPLIANCE SUMMARY

**Violation of Mandatory Condition No. 3:** "The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on probation or supervised release and at least two periodic drug tests thereafter (as determined by the court), but the condition sated in this paragraph may be ameliorated or suspended by the court if the defendant's presentence report or other reliable sentencing information indicates low risk of future substance abuse by the defendant."

**Violation of Special Condition:** "The defendant shall refrain from the use of alcohol and all other intoxicants during the term of supervision."

James Wesley Madrid
Report on Offender Under Supervision
Page 2

**Nature of Non-compliance:** On December 16, 2021, the defendant provided a positive urinalysis sample for marijuana. The U.S. Probation Office was received notification of the positive sample on January 13, 2022. The defendant admitted to using marijuana approximately two weeks before the submitting the urinalysis sample.

**U.S. Probation Officer Action:** The defendant admitted he should have utilized better coping mechanisms and took responsibility for his drug use. He will be referred to a substance abuse treatment program to address his substance abuse issues. Additionally, he will be subject to increased drug testing. It should be noted that any further urinalysis samples collected in December or early January are presumptively assumed to be positive since marijuana metabolizes in about thirty (30) days. The U.S. Probation Office will continue to monitor the defendant for possible drug use and will notify the Court, should such be noted.

Respectfully submitted,

Miguel Rodriguez
U.S. Probation Officer
Date: January 20, 2022

Approved:

Hector J. Garcia
Supervising U.S. Probation Officer

### THE COURT ORDERS:

[X]  No Action

[ ]  Submit a Request for Modifying the Conditions or Term of Supervision

[ ]  Submit a Request for Warrant or Summons

[ ]  Other

Honorable Susan Hightower
United States Magistrate Judge

Date: January 21, 2022