PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT
for
Western District of Texas

## Report on Offender Under Supervision

Name of Offender: James Wesley Madrid          Case Number: A-16-CR-341(02)-LY

Name of Sentencing Judicial Officer: Honorable Lee Yeakel, U.S. District Judge

Date of Original Sentence: June 12, 2017

Original Offense: Distribution of Methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

Original Sentence: Seventy (70) months' imprisonment, followed by three (3) years of supervised release. Special conditions include: refrain from the use of alcohol or any other intoxicants, substance abuse treatment, search, no contact or association with the Aryan Brotherhood gang or any other gang, and $100 special assessment (paid).

Type of Supervision: Supervised Release        Date Supervision Commenced: December 7, 2021

Assistant U.S. Attorney: Mark H. Marshall       Defense Attorney: Michael Macmunn Burke (appointed)

---

## PREVIOUS COURT ACTION

On June 22, 2020, a motion for a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(1)(A) was denied by the Court.

On January 21, 2022, a Probation Form 12A was submitted to the Court advising the defendant provided a positive urinalysis sample for marijuana on December 16, 2021. It was recommended no action be taken to allow the defendant to participate in a substance abuse treatment program. The Court concurred.

## NONCOMPLIANCE SUMMARY

**Violation of Mandatory Condition No. 3:** "The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on probation or supervised release and at least two periodic drug tests thereafter (as determined by the court), but the condition sated in this paragraph may be ameliorated or suspended by the court if the defendant's presentence report or other reliable sentencing information indicates low risk of future substance abuse by the defendant."

James Wesley Madrid
Report on Offender Under Supervision
Page 2

**Violation of Special Condition:** "The defendant shall refrain from the use of alcohol and all other intoxicants during the term of supervision."

**Nature of Non-compliance:** On January 21, 2022, February 01, 2022, and February 16, 2022, the defendant provided a positive urinalysis sample for marijuana. The defendant admitted to using marijuana a few days prior to submitting in January. It is assumed the February submissions stem from his drug use in January 2022 since marijuana metabolizes in about thirty (30) days. Confirmation has been requested from the lab to review his drug levels and is pending.

**U.S. Probation Officer Action:** The defendant admitted he should have utilized better coping mechanisms and took responsibility for his drug use. He is attending a substance abuse treatment program and has been subject to increased drug testing. The U.S. Probation Office will continue to monitor the defendant for possible drug use and will notify the Court, should such be noted.

Respectfully submitted,

Miguel Rodriguez
U.S. Probation Officer
Date: March 9, 2022

Approved:

Hector J. Garcia
Supervising U.S. Probation Officer

---

**THE COURT ORDERS:**

[X]  No Action

[ ]  Submit a Request for Modifying the Conditions or Term of Supervision

[ ]  Submit a Request for Warrant or Summons

[ ]  Other

Honorable Susan Hightower
United States Magistrate Judge

Date: March 9, 2022